UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CORNELL WINFREI MCCLURE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:20-cv-00371-JPH-DLP |
| T. J. WATSON, MORIN, UNDERWOOD, | ) ) ) ) ) |
| Defendants. | ) |

**Order Directing Further Proceedings**

On August 7, 2020, the Court ordered the plaintiff to pay an initial partial filing fee of Forty-Eight Dollars and Sixty-One Cents ($48.61), by September 16, 2020. That deadline has passed and the plaintiff has failed to do so or otherwise respond. Therefore, the plaintiff shall have **through October 9, 2020,** to pay the initial partial filing fee or explain why doing so is not possible. The failure to do so by this date will result in the dismissal of this action without further warning. *See* 28 U.S.C. § 1915(b)(1) (requiring court to assess and collect an initial partial filing fee).

**SO ORDERED.**

Date: 9/22/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CORNELL WINFREI MCCLURE
37001-037
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808